```
                                                        FILED
                                                    March 26, 2007
    -UNITED STATES DISTRICT COURT FOR THE       CLERK, US DISTRICT COURT
                                                  EASTERN DISTRICT OF
          EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                       DEPUTY CLERK
```

UNITED STATES OF AMERICA,               )
                                        )        Case No. MAG. 07-0094-EFB
                Plaintiff,              )
v.                                      )        ORDER FOR RELEASE OF
                                        )        PERSON IN CUSTODY
FARRAH LYNN RAMIREZ,                    )
                                        )
                Defendant.              )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release FARRAH LYNN RAMIREZ, Case No. MAG.

07-0094-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of $10,000.00

    _X_    Unsecured Appearance Bond (Co-signed by the Defendant's Grandmother)

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    _X_    (Other) Conditions as stated on the record.

    _X_    (Other) The Defendant is ordered to appear for her Preliminary Hearing on 04/13/07.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _March 26, 2007_ at 4:00pm.

                                        By _____
                                           Edmund F. Brennan
                                           United States Magistrate Judge