1  DANIEL J. BRODERICK, #89424
Federal Defender
2  RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
3  801 I Street, 3rd Floor
Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
FARRAH RAMIREZ

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  Mag. No. S. 07-0094-EJB
                                  )
13            Plaintiff,          )  **MOTION TO EXONERATE BOND; AND ORDER**
                                  )
14      v.                        )
                                  )  (No hearing requested)
15 FARRAH RAMIREZ,                )
                                  )
16            Defendant.          )
                                  )
17 _____)

18      On March 26, 2007, the Court ordered Ms. Ramirez released on a

19 $10,000 signature bond co-signed by her grandmother.  On April 5, 2007,

20 the District Court of Montana issued an order dismissing the underlying

21 case (Mont. Dist. Ct. No. 07-12-GF-RKS [order attached]).  Accordingly,

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1

1   the defense moves for an order exonerating the signature bond in this

2   case.

3        A proposed order follows for the Court's convenience.

4   Dated:  April 6, 2007

5                                        Respectfully submitted,

6                                        DANIEL J. BRODERICK
                                         Federal Defender
7

8                                        /s/ Rachelle Barbour

9                                        _____
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
10                                       Attorney for FARRAH RAMIREZ

11

12                              **O R D E R**

13       The signature bond posted for Ms. Ramirez on March 26, 2007 is

14   hereby ordered EXONERATED.

15   DATED: April 9, 2007.

16

17   _____
     DALE A. DROZD
18   UNITED STATES MAGISTRATE JUDGE

19

20   Ddad1/orders.criminal/ramirez0094.ord

21

22

23

24

25

26

27

28

                                    2